■ JANESSA JORDAN, Appellant, v ALICE SCHLESINGER, Respondent. [27 NYS3d 874]—

Order, Court of Claims of the State of New York (Faviola A. Sota, J.), entered August 10, 2015, which granted defendant's motion to dismiss the claim, unanimously affirmed, without costs.

The claim against defendant, which is based upon defendant's dismissal of a Supreme Court action brought by plaintiff for alleged medical malpractice, is barred by judicial immunity. Claimant did not assert that any of defendant's acts were performed in the clear absence of jurisdiction (*see Murray v Brancato*, 290 NY 52 [1943]; *Rosenstein v State of New York*, 37 AD3d 208 [1st Dept 2007]). Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Webber, JJ.